1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **ANITA MARTINEZ,** | ) | CV F 06-0781   AWI TAG |
| | ) | |
| Plaintiff, | ) | **ORDER TO RETURN CASE** |
| | ) | **MATERIALS PURSUANT TO** |
| v. | ) | **NOTICE OF ERRONEOUS** |
| | ) | **TRANSFER OF CASE TO** |
| **GREYHOUND LINES, INC.,** | ) | **EASTERN DISTRICT** |
| | ) | |
| Defendant | ) | |

This case was transferred in from the Central District of California on June 19, 2006. On or about June 21, 2006, the court received notice that the transfer to this district had been in error and that the order of transfer was vacated. Pursuant to notice received by this court of the Central District's order vacating the transfer of the case, and for return of case materials, it is HEREBY ORDERED that the clerk of the court shall return all materials filed in this court in connection with this case to the District Court of the Central District of California. The clerk of the court shall thereafter CLOSE case number 06 cv0781.

IT IS SO ORDERED.

**Dated:   June 23, 2006**                  **/s/ Anthony W. Ishii**
0m8i78                                      UNITED STATES DISTRICT JUDGE